IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

OLD ST. PAUL MISSIONARY BAPTIST CHURCH                                      PLAINTIFF

vs.                                    3:07CV00043-WRW

FIRST NATION INSURANCE GROUP, et al                                        DEFENDANTS

**INITIAL SCHEDULING ORDER**

The following deadlines and proposals are in effect:

**(1)  Rule 26(f) Conference Deadline:**        **June 22, 2007**

The parties are jointly responsible for holding their Rule 26(f) conference on or before June 22, 2007.

**(2)  Rule 26(f) Report Due Date:**        **July 6, 2007**

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report. The Joint Report should be filed with the Clerk of Court with a copy to the Courtroom Deputy, Mary Johnson, 600 West Capitol Avenue, Suite 325, Little Rock, Arkansas 72201.

**(3)  Proposed Trial Date:**        **Tuesday, April 22, 2008 at 9:00 a.m. / Jury Trial**
                                     **615 South Main, Courtroom #324**
                                     **Jonesboro, Arkansas 72401**

**(4)  Rule 16(b) Conference (if needed):**        **July 13, 2007**

A telephone conference, at the request of the parties, will be held July 13, 2007, if needed, to resolve any conflicts among the parties with deadlines, the proposed trial date, mandatory disclosures, etc. If the parties can agree on all issues in the Rule 26(f) Report and the trial date proposed by the Court, then the telephone conference scheduled for the week of July 13, 2007 will be unnecessary.

**(5)  Final Scheduling Order:**		<u>**Will be issued on or before July 20, 2007**</u>

A Final Scheduling Order will be issued on or before July 20, 2007, confirming the trial date of Tuesday, April 22, 2008, setting directions, and resolving any disputes taken up at the telephone conference.

<u>If the parties want a Protective Order entered, they must first contact the law clerk assigned to the case</u>.

<u>It will be the responsibility of the plaintiff to serve a copy of the Initial Scheduling Order on any defendant who makes an appearance after the Initial Scheduling Order has been filed.</u>

<u>It will be the responsibility of the party filing a new claim after the date of the Initial Scheduling Order to immediately serve a copy of the Initial Scheduling Order on new defendant(s)</u>.

IT IS SO ORDERED April 23, 2007.

					AT THE DIRECTION OF THE COURT


					/s/ Mary A. Johnson
					Courtroom Deputy