# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**OLD ST. PAUL MISSIONARY**
**BAPTIST CHURCH**                                                              **PLAINTIFF**

v.                                  3:07CV00043-WRW

**FIRST NATION INSURANCE GROUP;**
**AA RISK MANAGEMENT, INC.; AA**
**COMMUNICATIONS, INC.; GWEN MOYO;**
**CRAIG GREENE; JOHN DOES 1-10; and**
**DOE COMPANIES 1-10**                                                         **DEFENDANTS**

## ORDER

Pending is Defendants' Motion for Admission *Pro Hac Vice* (Doc. No. 6), in which Defendant requests that Mr. Justin R. Giles, III, of Less, Getz, & Lipman, 100 Peabody Place, Suite 1150, Memphis, TN 38103, be permitted to appear *pro hac vice*. The Motion provides that Mr. David Grace of Hardin & Grace, P.A. 500 Main Street, Suite A, P.O. Box 5851, North Little Rock, AR 72119, a member in good standing of the Arkansas Bar, and of the Eastern District, will act as local counsel.

The Motion has been reviewed and the movant has complied with Local Rule 83.5, which governs special admissions. Defendant's Motion is GRANTED, and Mr. Giles will be permitted to appear and to participate in these proceedings as co-counsel for Defendants.

IT IS SO ORDERED this 24th day of April, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE