IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| OLD ST. PAUL MISSIONARY BAPTIST CHURCH | PLAINTIFF |
| V. | NO. 3:07-cv-00043 WRW |
| FIRST NATION INSURANCE GROUP;<br>AA RISK MANAGEMENT, INC.;<br>AA COMMUNICATIONS, INC.;<br>GWEN MOYO; CRAIG GREENE;<br>JOHN DOES 1-10;<br>DOE COMPANIES 1-10 | DEFENDANTS |

**JOINT MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Counsel for the Defendants, Less, Getz & Lipman, PLC ("LGL") and Hardin & Grace, P.A. ("H&G"), pursuant to Local Rule 83.5(f), hereby move for an order allowing each, and each of its members, to withdraw as counsel of record for the Defendants, First Nation Insurance Group, AA Risk Management, Inc., AA Communications, Inc., Gwen Moyo and Craig Greene. In support of this joint motion, LGL and H&G state that irreconcilable differences have arisen between counsel and their clients and unresolvable conflicts of interest may have arisen between the clients themselves, which makes it impossible for counsel to continue in any capacity.

Pursuant to Local Rule 83.5(f), proper notice is being given to the clients and opposing counsel by way of a Notice filed contemporaneously with this Motion and which is attached hereto as Exhibit "A" and incorporated herein by reference. To date, there has been no contact with the clients regarding the names of any substitute counsel, and as such, the Defendants may be contacted at the following addresses:

| | |
|---|---|
| Gwen Moyo<br>8000 GSRI Avenue<br>Building 3000, Room128<br>Baton Rouge, LA 70820 | AA Communications, Inc.<br>261 Oakmont Drive<br>New Orleans, LA 70128 |
| AA Risk Management, Inc.<br>261 Oakmont Drive<br>New Orleans, LA 70128 | Craig Greene c/o Thomas Shahady<br>Adorno & Yoss LLP<br>350 East Las Olas Blvd., Suite 1700<br>Ft. Lauderdale, FL 33301 |

First Nation Insurance Group
4544 Sheppard Avenue East, Suite 130
Toronto, Ontario M1S 1V2, Canada

  WHEREFORE, Less, Getz & Lipman, PLC and Hardin & Grace, P.A., respectfully request that the motion be granted and they be allowed to withdraw as counsel for the Defendants, First Nation Insurance Group, AA Risk Management, Inc., AA Communications, Inc., Gwen Moyo and Craig Greene.

  Respectfully,

  HARDIN & GRACE, P.A.
  Attorneys for Defendants
  500 Main Street, Suite A
  P.O. Box 5851
  North Little Rock, AR 72119-5851
  Telephone: (501) 378-7900
  Facsimile: (501) 376-6337

  By: /s/David A. Grace
    David A. Grace
    State Bar No. 76-044

  LESS, GETZ & LIPMAN
  Attorney for Defendants
  100 Peabody Place, Suite 1150
  Memphis, Tennessee 38103
  Telephone: (901) 525-8700
  Facsimile: (901) 525-3569

  By: /s/Justin R. Giles, III
    Justin R. Giles, III
    TN Bar No. 24123

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to:

Mr. Lawrence W. Jackson
RIEVES, RUBENS & MAYTON
P.O. Box 1359
West Memphis, AR 72303

  I hereby certify that a copy of the foregoing was served on the non-ECF participants, First Nation Insurance Group, AA Risk Management, Inc., AA Communications, Inc., Gwen Moyo and Craig Greene, via U.S. Mail, Certified Mail, Return Receipt Requested, postage prepaid, this 15th day of May, 2007, to the following addresses:

| | |
|---|---|
| Gwen Moyo<br>8000 GSRI Avenue<br>Building 3000, Room128<br>Baton Rouge, LA 70820 | AA Communications, Inc.<br>261 Oakmont Drive<br>New Orleans, LA 70128 |
| AA Risk Management, Inc.<br>261 Oakmont Drive<br>New Orleans, LA 70128 | Craig Greene c/o Thomas Shahady<br>Adorno & Yoss LLP<br>350 East Las Olas Blvd., Suite 1700<br>Ft. Lauderdale, FL 33301 |
| First Nation Insurance Group<br>4544 Sheppard Avenue East, Suite 130<br>Toronto, Ontario M1S 1V2, Canada | |

                 /s/Justin R. Giles, III
                 JUSTIN R. GILES, III

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

OLD ST. PAUL MISSIONARY
BAPTIST CHURCH                                                                                         PLAINTIFF

V.                                                          NO. 3:07-cv-00043 WRW

FIRST NATION INSURANCE GROUP;
AA RISK MANAGEMENT, INC.;
AA COMMUNICATIONS, INC.;
GWEN MOYO; CRAIG GREENE;
JOHN DOES 1-10;
DOE COMPANIES 1-10                                                                                  DEFENDANTS

**NOTICE OF REQUEST TO WITHDRAW AS COUNSEL
FOR DEFENDANTS**

Counsel for the Defendants, Less, Getz & Lipman, PLC ("LGL") and Hardin & Grace, P.A. ("H&G"), pursuant to Local Rule 83.5(f), hereby give notice to the Defendants, First Nation Insurance Group, AA Risk Management, Inc., AA Communications, Inc., Gwen Moyo and Craig Greene, and opposing counsel, Lawrence W. Jackson, that irreconcilable differences have arisen between counsel and their clients and unresolvable conflicts of interest may have arisen between the clients themselves, forcing them to withdraw as counsel of record, and they have, therefore, sought to withdraw as counsel by way of motion, which was filed on the 15th day of May, 2007, a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference.

Each of the Defendants is urged in the strongest terms to take immediate steps to secure new counsel to protect their separate interests herein. Plaintiff's Motion to Strike Defendants' Answer

and Notice of Removal, Objection to Removal and Motion to Remand filed herein on May 9, 2007 and Plaintiff's Motion to Strike Defendants' Answer filed on or about May 9, 2007 in the Circuit Court of Crittenden County, Arkansas, each of which are being mailed to each defendant with this Notice, require each Defendant's immediate attention and action.

        Respectfully,

        HARDIN & GRACE, P.A.
        Attorneys for Defendants
        500 Main Street, Suite A
        P.O. Box 5851
        North Little Rock, AR 72119-5851
        Telephone:   (501) 378-7900
        Facsimile:   (501) 376-6337

By:   /s/David A. Grace
       David A. Grace
       State Bar No. 76-044

AND

LESS, GETZ & LIPMAN
Attorney for Defendants
100 Peabody Place, Suite 1150
Memphis, Tennessee 38103
Telephone:   (901) 525-8700
Facsimile:   (901) 525-3569

By:   /s/Justin R. Giles, III
       Justin R. Giles, III
       TN Bar No. 24123

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to:

Mr. Lawrence W. Jackson
RIEVES, RUBENS & MAYTON
P.O. Box 1359
West Memphis, AR 72303

I hereby certify that a copy of the foregoing, a copy Plaintiff's Motion to Strike Defendants' Answer and Notice of Removal, Objection to Removal and Motion to Remand and a copy of Plaintiff's Motion to Strike Defendants' Answer filed in the Circuit Court of Crittenden County, Arkansas, were served on the non-ECF participants, First Nation Insurance Group, AA Risk Management, Inc., AA Communications, Inc., Gwen Moyo and Craig Greene, via U.S. Mail, Certified Mail, Return Receipt Requested, postage prepaid, this 15th day of May, 2007, to the following addresses:

Gwen Moyo
8000 GSRI Avenue
Building 3000, Room128
Baton Rouge, LA 70820

AA Communications, Inc.
261 Oakmont Drive
New Orleans, LA 70128

AA Risk Management, Inc.
261 Oakmont Drive
New Orleans, LA 70128

Craig Greene c/o Thomas Shahady
Adorno & Yoss LLP
350 East Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL 33301

First Nation Insurance Group
4544 Sheppard Avenue East, Suite 130
Toronto, Ontario M1S 1V2, Canada

/s/Justin R. Giles, III
JUSTIN R. GILES, III