# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| **OLD ST. PAUL MISSIONARY** | |
| **BAPTIST CHURCH** | **PLAINTIFF** |
| | |
| v. | **3:07CV00043-WRW** |
| | |
| **FIRST NATION INSURANCE GROUP;** | |
| **AA RISK MANAGEMENT, INC.; AA** | |
| **COMMUNICATIONS, INC.; GWEN MOYO;** | |
| **CRAIG GREENE; JOHN DOES 1-10; and** | |
| **DOE COMPANIES 1-10** | **DEFENDANTS** |

### ORDER

Pending is Defendants' Motion for an Extension of Time to Respond to Plaintiff's Motion to Remand and Motion to Strike Defendant's Answer (Doc. No. 13). Defendants' counsel is currently asking for leave to withdraw. Accordingly, Defendants' Motion for an Extension of Time is GRANTED. Defendants have twenty days from the date of the entry of an Order adjudicating the Joint Motion for Leave to Withdraw (Doc. No. 11) to respond to Plaintiff's Motion for Remand (Doc. No. 9).

IT IS SO ORDERED this 16th day of May, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE