UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
600 WEST CAPITOL, SUITE 423
LITTLE ROCK, ARKANSAS 72201-3325
501.604.5140
Facsimile 501.604.5149

**BILL WILSON**
**JUDGE**

May 17, 2007

| | |
|---|---|
| Mr. David A. Grace<br>Hardin & Grace, P.A.<br>500 Main St., Suite A<br>P.O. Box 5851<br>North Little Rock, AR 72119-5851 | By fax 501-376-6337 |
| Mr. Justin R. Giles, III<br>Less, Getz & Lipman<br>100 Peabody Place, Suite 1150<br>Memphis, TN 38103 | By fax 901-525-3569 |

RE:   *Old St. Paul Missionary Baptist Church v. First Nation Insurance Group, et al.*,
      3:07CV00043-WRW

Dear Counsel:

I plan to grant your motion to withdraw as counsel for Defendants on or about May 24, 2007; but I want you to forthwith notify each Defendant of this by fax and regular mail.

Please inform me, opposing counsel, and the clerk of the court when this notice had been sent.

Defendants must forthwith notify me of the name(s) of new counsel, or that no new counsel will be retained. Defendants must do this by Thursday, May 31, 2007.

Cordially,

Wm. R. Wilson, Jr.

| | |
|---|---|
| Original to Clerk, James McCormack<br>cc: Mr. Lawrence W. Jackson<br>    Rieves, Rubens & Mayton<br>    P.O. Box 1359<br>    West Memphis, AR 72303-1359 | By fax 870-735-8825 |

FAX COVER SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

Telephone 501-604-5140
Fax Number 501-604-5149

TO: Mr. David Grace
Mr. Justin Giles
Mr. Lawrence Jackson

DATE: 5/17/07

Fax No.

There are 2 pages, including this cover sheet, being sent by this facsimile transmission.

MESSAGE SENT BY:

Val

Office of Judge Wm. R. Wilson, Jr.
U. S. District Court
600 West Capitol, Room 423
Little Rock, Arkansas 72201

### Direct Phone Numbers:

| | |
|---|---|
| Matt Morgan, Senior Law Clerk | 604-5141 |
| Valerie Fortner, Law Clerk (odd case numbers) | 604-5142 |
| Mary Johnson, Courtroom Deputy | 604-5144 |
| Christa Newburg, Court Reporter | 604-5145 |
| Eileen Harrison, Law Clerk (even case numbers) | 604-5148 |