**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| **OLD ST. PAUL MISSIONARY** | |
| **BAPTIST CHURCH** | **PLAINTIFF** |
| | |
| **v.** **NO. 3:07CV00043-WRW** | |
| | |
| **FIRST NATION INSURANCE GROUP;** | |
| **AA RISK MANAGEMENT, INC.; AA** | |
| **COMMUNICATIONS, INC.; GWEN MOYO;** | |
| **CRAIG GREENE; JOHN DOES 1-10; and** | |
| **DOE COMPANIES 1-10** | **DEFENDANTS** |

### ORDER

Pending is Defendants' Counsels' Joint Motion to Withdraw (Doc. No. 11). By Letter Order sent on May 17, 2007 (Doc. No. 17), Counsel was directed to notify its clients of my intent to grant their motion. Counsel has since filed a Notice of Compliance (Doc. No. 16). Accordingly, the Joint Motion to Withdraw is GRANTED. The Clerk of the Court is directed to remove Mr. David A. Grace of Hardin & Grace, P.O. Box 5851, North Little Rock, AR 72119-5851 and Mr. Justin R. Giles, III of Less, Getz, & Lipman, 100 Peabody Place, Suite 1000, Memphis, TN 38103 as counsel of record for Defendants.

As stated in the Letter Order, Defendants must notify the Court by May 31, 2007, of the names of their new counsel, or be expected to proceed *pro se* regarding Plaintiff's pending Motion to Remand.

IT IS SO ORDERED this 25th day of May, 2007.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT COURT