**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**OLD ST. PAUL MISSIONARY**
**BAPTIST CHURCH**                                                   **PLAINTIFF**

**v.**                         **3:07CV00043-WRW**

**FIRST NATION INSURANCE GROUP;**
**AA RISK MANAGEMENT, INC.; AA**
**COMMUNICATIONS, INC.; GWEN MOYO;**
**CRAIG GREENE; JOHN DOES 1-10; and**
**DOE COMPANIES 1-10**                                      **DEFENDANTS**

**ORDER**

As directed by Order (Doc. No. 18) entered on May 25, 2007, Defendants' AA Risk Management, Inc., AA Communications, Inc., Gwen Moyo, and Craig Greene have retained local counsel, Ms. Bettina Brownstein of Wright, Lindsey, & Jennings, Little Rock, AR, and she has timely entered her appearance. Defendant First Nation Insurance Group remains unrepresented.

Defendants have until Friday, June 22, 2007 to respond to Plaintiff's Motion to Remand (Doc. No. 9). Even though Defendant First Nation is currently proceeding *pro se*, it will be required to follow the rules which lawyers are required to follow, including the local rules of the Eastern District of Arkansas.

IT IS SO ORDERED this 1st day of June, 2007.

                                                         /s/Wm. R. Wilson, Jr.
                                             UNITED STATES DISTRICT JUDGE