# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

OLD ST. PAUL MISSIONARY
BAPTIST CHURCH                                                                            PLAINTIFF

v.                                         3:07CV00043-WRW

FIRST NATION INSURANCE GROUP;
AA RISK MANAGEMENT, INC.; AA
COMMUNICATIONS, INC.; GWEN MOYO;
CRAIG GREENE; JOHN DOES 1-10; and
DOE COMPANIES 1-10                                                                        DEFENDANTS

## ORDER

Pending is Defendant First Nation's Motion for Extension of Time to Respond to the pending Motion to Strike Answer (Doc. No. 26).  The Motion is GRANTED.  Defendant has until July 9, 2007 to file its response.

Also pending is a Joint Motion to Extend Time for a Rule 26 Conference and Report (Doc. No. 24) and Motion to Adopt (Doc. No. 27).  The Motions are GRANTED.  The Rule 26 conference and report is reset for July 31, 2007.

IT IS SO ORDERED this 27th day of June, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE