# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**OLD ST. PAUL MISSIONARY BAPTIST CHURCH**           PLAINTIFF

v.                    3:07-CV-00043-WRW

**FIRST NATION INSURANCE GROUP,** *et al.*           DEFENDANTS

## ORDER

Pending are Defendants' AA Communications's, AA Risk Management's, Craig Greene's, and Gwen Moyo's Motion for Joinder of Timothy Kirk, Individually and D/B/A American Surety, As A Defendant (Doc. No. 51) and Motion For Leave to File Third-Party Complaint Against Timothy Kirk, Individually and D/B/A American Surety (Doc. No. 59). Defendants' Motions are DENIED without prejudice. Defendants may refile their motions at their discretion.

Pending is Plaintiff's Motion to Compel (Doc. No. 80). Plaintiff's Motion is MOOT.

Pending is Plaintiff's Motion to Extend Time for Service (Doc. No. 79). Plaintiff's Motion is GRANTED. Plaintiff is directed to complete service by May 14, 2008.

Pending is Plaintiff's Motion to Strike Answer to Amended Complaint (Doc. No. 70). Plaintiff's Motion is held in abeyance until it can be determined if any Defendant was properly served.

IT IS SO ORDERED this 22nd day of January, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE