IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**OLD ST. PAUL MISSIONARY BAPTIST CHURCH**                     **PLAINTIFF**

v.                              3:07CV00043-WRW

**FIRST NATION INSURANCE GROUP,** *et al.*                     **DEFENDANTS**

**ORDER**

Pending is Plaintiff's Motion to Strike First Nation Insurance Group's Answer to First Amended Complaint (Doc. No. 98). Defendant First Nation Insurance Group has responded.[1] For the reasons set out below, Plaintiff's Motion is DENIED without prejudice.

In a January 22, 2008 Order,[2] Plaintiff's Motion to Strike Answer to Amended Complaint[3] was held in abeyance "until it can be determined if any Defendant was properly served."[4] Plaintiff renewed its Motion on August 21, 2008,[5] but without adding any new information about whether Defendant FNIG had been properly served.[6] Accordingly, Plaintiff's Motion is DENIED without prejudice until it can be determined if Defendant FNIG was properly served.

IT IS SO ORDERED this 3rd day of September, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 99.

[2] Doc. No. 83.

[3] Doc. No. 70.

[4] Doc. No. 83.

[5] Doc. No. 98.

[6] In a May 22, 2008, Order (Doc. No. 88), Plaintiff was given until October 2, 2008, to properly serve Defendant FNIG.