# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

OLD ST. PAUL MISSIONARY BAPTIST CHURCH                                                PLAINTIFF

v.                                              No. 3:07CV00043 JLH

FIRST NATION INSURANCE GROUP;
AA RISK MANAGEMENT, INC.;
AA COMMUNICATIONS, INC.; GWEN MOYO;
CRAIG GREENE; DANIEL ESPARZA;
JAMES E. ZOUCHA; CONG LI;
JOHN DOES 1-10; DOE COMPANIES 1-10                                                    DEFENDANTS

## ORDER

Without objection, First Nation Insurance Group's second motion for extension of time to file response to Old St. Paul's renewed motion to strike answer and for a ruling on personal jurisdiction is GRANTED. Document #111. The response deadline is hereby extended up to and including October 22, 2008.

IT IS SO ORDERED this 6th day of October, 2008.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE