## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

OLD ST. PAUL MISSIONARY BAPTIST CHURCH                                    PLAINTIFF

v.                                    No. 3:07CV00043 JLH

FIRST NATION INSURANCE GROUP;
AA RISK MANAGEMENT, INC.;
AA COMMUNICATIONS, INC.; GWEN MOYO;
CRAIG GREENE; DANIEL ESPARZA;
JAMES E. ZOUCHA; CONG LI;
and DOE COMPANIES 1-10                                                    DEFENDANTS

## ORDER

Plaintiff's motion to extend the discovery deadline is GRANTED. Document #131. The discovery deadline is hereby extended up to and including March 2, 2010.

IT IS SO ORDERED this 19th day of February, 2010.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE