IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

OLD ST. PAUL MISSIONARY BAPTIST CHURCH                                PLAINTIFF

v.                                    No. 3:07CV00043 JLH

FIRST NATION INSURANCE GROUP;
AA RISK MANAGEMENT, INC.;
AA COMMUNICATIONS, INC.; GWEN MOYO;
CRAIG GREENE; DOE CORPORATION;
DANIEL ESPARZA; JAMES E. ZOUCHA;
CONG LI; DR. VIJAY KUMAR;
PAUL BHANDARI; and TERRANCE BHOJAL                                    DEFENDANTS

## ORDER

Barrett & Deacon, P.A., has filed a renewed motion to withdraw as counsel. Barrett & Deacon filed its first motion to withdraw on October 22, 2008, citing irreconcilable differences between the lawyers and the client. Sixteen months later, Barrett & Deacon again filed a motion to withdraw based on irreconcilable differences between the lawyers and the client.

The Court concluded that it was necessary to have a hearing by telephone regarding the motion to withdraw and scheduled a hearing by telephone to begin at 10:00 a.m., CST, on Friday, March 5, 2010. On February 24, 2010, the Court ordered that First Nation Insurance Group have an officer who is knowledgeable about this litigation and authorized to speak on behalf of that entity available to participate in the hearing by telephone. The Court ordered Barrett & Deacon to provide a copy of the order to First Nation Insurance Group and to file a certificate of service stating how and when the order was transmitted to First Nation Insurance Group. The Court is informed that a copy of the order was served on First Nation Insurance Group by electronic mail and by Federal Express. The Court has been informed that the Federal Express package was delivered and a return receipt

was received by Barrett & Deacon. The Court ordered that First Nation Insurance Group provide the name and telephone number of the officer who would speak for it by the close of business on Wednesday, March 3, 2010.

The Court received no response from First Nation Insurance Group. No officer or person has provided a name and telephone number. The Court conducted the telephone conference on March 5, 2010, with Brandon Harrison appearing for Barrett & Deacon and Lawrence Jackson appearing for Old St. Paul Missionary Baptist Church. Mr. Harrison stated that his firm had received no response from First Nation Insurance Group regarding the Court's order.

For good cause shown and without objection, Barrett & Deacon's motion to withdraw is GRANTED. Document #135. Barrett & Deacon is hereby withdrawn as counsel for First Nation Insurance Group. The Clerk is directed to show as the address for First Nation Insurance Group on the docket sheet: 4544 Sheppard Avenue East, Suite 211, Toronto, Ontario, M1S1V2, Canada. The Clerk is directed to send a copy of this order and all subsequent orders to First Nation Insurance Group at that address.

The plaintiff have also filed a renewed motion to compel discovery responses from First Nation Insurance Group and Gwen Moyo. That motion is GRANTED. Document #130. The Court ORDERS Barrett & Deacon to provide a copy of every document in its file that is responsive to the plaintiff's interrogatories and requests for production of documents to Old St. Paul Missionary Baptist Church *within ten (10) days* from the entry of this order, withholding only privileged documents. If a claim of privilege is made to any documents, Barrett & Deacon must provide a privilege log. Although the Court has permitted Barrett & Deacon to withdraw, the Court will retain jurisdiction over Barrett & Deacon for the purpose of enforcing this order.

The Court ORDERS First Nation Insurance Group to provide full answers to the interrogatories and full responses to the document requests *within fourteen (14) days* from the entry of this order. Failure to provide the required information may result in sanctions, up to and including the entry of a default judgment.

The Court ORDERS that Gwen Moyo provide full and complete answers to the interrogatories and full responses to the document requests submitted by the plaintiff *within fourteen (14) days* from the entry of this order. Failure to provide the required information may result in sanctions, up to and including the entry of a default judgment.

IT IS SO ORDERED this 5th day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE