# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

OLD ST. PAUL MISSIONARY BAPTIST CHURCH                                           PLAINTIFF

v.                                       No. 3:07CV00043 JLH

FIRST NATION INSURANCE GROUP, *et al*.                                           DEFENDANTS

## ORDER

Plaintiff's motion to extend the motion deadline is GRANTED. The motion deadline is hereby extended up to and including March 15, 2010.

IT IS SO ORDERED this 15th day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE