**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

OLD ST. PAUL MISSIONARY BAPTIST CHURCH                                        PLAINTIFF

v.                                                          No. 3:07CV00043 JLH

FIRST NATION INSURANCE GROUP;
AA RISK MANAGEMENT, INC.;
AA COMMUNICATIONS, INC.; GWEN MOYO;
CRAIG GREENE; DANIEL ESPARZA;
CONG LI; VIJAY KUMAR; PAUL BHANDARI;
TERRANCE BHOJAL; and DOE COMPANIES 1-10                                      DEFENDANTS

**ORDER**

Daniel Esparza has filed a motion for a continuance in which he asks that the Court continue

the trial scheduled for Tuesday, May 4, 2010.  Although the Court is not without sympathy for the

situation in which Esparza finds himself, the Court does not believe that the interests of justice

justify a continuance.  The final scheduling order setting this case for trial was entered on July 31,

2009, so Esparza has known of the trial date for several months and has asked for a continuance less

than a week before trial.  The discovery cutoff and the deadline for filing dispositive motions have

passed.  Preparation for trial should be substantially complete.  Although Esparza has requested that

the Court continue the case for 30 to 60 days, it is not practical for the Court to reschedule this case

within the next 30 to 60 days.  In all likelihood, it would be several months before the Court could

reschedule a trial in Jonesboro for this matter, and the Court does not believe that a delay of that

magnitude would be fair to the plaintiff, which has pursued the case with diligence.  The motion to

continue is DENIED.  Document #163.

The Court will conduct a pretrial conference at 4:00 p.m. on Monday, May 3, 2010, in the

large courtroom in Jonesboro.  Counsel are directed to be present and to be prepared to present all

motions and arguments that need to be heard and considered before the voir dire panel is assembled

on May 4, 2010.

    IT IS SO ORDERED this 30th day of April, 2010.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE