**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

OLD ST. PAUL MISSIONARY BAPTIST CHURCH                                             PLAINTIFF

v.                                          Case No. 3:07CV00043 JLH

FIRST NATION INSURANCE GROUP;
AA RISK MANAGEMENT, INC.;
AA COMMUNICATIONS, INC.; GWEN MOYO;
CRAIG GREENE; DANIEL ESPARZA;
CONG LI; VIJAY KUMAR; PAUL BHANDARI;
TERRANCE BHOJAL; AND DOE COMPANIES 1-10                                        DEFENDANTS

**ORDER**

On April 16, 2010, the Court entered summary judgment in favor of Old St. Paul Missionary Baptist Church on the following claims: against First Nation Insurance Group for breach of contract, bad faith, fraud, and violation of Ark. Code Ann. § 23-65-101; against Gwen Moyo for fraud and violation of Ark. Code Ann. § 23-65-101; against Craig Greene for violation of Ark. Code Ann. § 23-65-101; and against Daniel Esparza for violation of Ark. Code Ann. § 23-65-101.  On May 3, 2010, the Court commenced a trial in Jonesboro, Arkansas, on the following issues: the amount of compensatory damages owed to Old St. Paul Missionary Baptist Church based on the defendants' liability as determined by the Court's entry of summary judgment, and whether any defendant was liable for punitive damages.  On May 4, 2010, Old St. Paul Missionary Baptist Church filed a motion for a default judgment against Cong Li, who was served with summons and the first amended complaint but who did not answer.  That same day, the Clerk of the Court entered a default against Cong Li.

Old St. Paul Missionary Baptist Church has moved to dismiss without prejudice all remaining claims against First Nation Insurance Group, Gwen Moyo, Craig Greene, and Daniel Esparza.  Old

St. Paul Missionary Baptist Church has also moved to dismiss without prejudice its piercing-the-corporate-veil claims against Doe Corporation, Companies 1-10. Vijay Kumar, Paul Bhandari, and Terrance Bhojal were named as defendants on the piercing-the-corporate-veil claims. The record does not show that they were ever served with summons and the amended complaint. On May 22, 2008, the Court extended the time for completing service to October 2, 2008. Because these persons were not served within that time, and because Old St. Paul Missionary Baptist Church moved to dismiss without prejudice its claims of piercing the corporate veil, the claims of Old St. Paul Missionary Baptist Church against them are dismissed without prejudice.

Therefore, the claims against Doe Companies 1-10, Vijay Kumar, Paul Bhandari, and Terrance Bhojal are DISMISSED without prejudice. The claims by Old St. Paul Missionary Baptist Church against First Nation Insurance Group, Gwen Moyo, Craig Greene, and Daniel Esparza with respect to which the Court's April 16 opinion and order did not grant summary judgment in favor of Old St. Paul Missionary Baptist Church are DISMISSED without prejudice.

IT IS SO ORDERED this 6th day of May, 2010.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE