**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

OLD ST. PAUL MISSIONARY BAPTIST CHURCH                                              PLAINTIFF

v.                                    Case No. 3:07CV00043 JLH

FIRST NATION INSURANCE GROUP, *et al.*                                              DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Old St. Paul Missionary Baptist Church against First Nation Insurance Group for attorney's fees in the amount of $500,000 plus post-judgment interest to accrue at the rate of 0.30% per annum, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 25th day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE