IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**OLD ST PAUL MISSIONARY BAPTIST CHURCH**                                        **PLAINTIFF**

v.                                          Case No. 3:07-cv-00043-LPR

**FIRST NATION INSURANCE GROUP,** *et al.*                                       **DEFENDANTS**

### ORDER

The Court construes Plaintiff Old St. Paul Missionary Baptist Church's ("Old St. Paul") Motion for Revivor of Judgment for Attorneys' Fees (Doc. 193) as a motion for *scire facias*. The Latin *scire facias*, means to make known or show cause. The purpose of issuing a writ of *scire facias* is to put interested parties on notice and to require the parties against whom it is brought to show cause why the judgment should not be revived. *See Rose v. Harbor E., Inc.*, 2013 Ark. 496, 3, 430 S.W.3d 773, 775 (2013). The Court directs the Clerk to issue the writ attached to this Order.[1] Old St. Paul must serve the writ in accordance with the procedure in Arkansas Code Annotated § 16-65-501(b). If personal service is not possible within fourteen (14) days of issuance of the writ, Old St. Paul must apply to the Court for public posting as set forth in § 16-65-501(c).

IT IS SO ORDERED this 11th day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Old St. Paul's Motion (Doc. 193) requested interest of 0.43% per annum. However, the original Judgment (Doc. 183) awarding attorneys' fees stated that interest will accrue at a rate of 0.30% per annum. Accordingly, the Court will use the same interest figure as in the original Judgment.

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**OLD ST PAUL MISSIONARY BAPTIST CHURCH**                                    **PLAINTIFF**

v.                            Case No. 3:07-cv-00043-LPR

**FIRST NATION INSURANCE GROUP,** *et al.*                                    **DEFENDANTS**

## WRIT OF SCIRE FACIAS

WHEREAS, Plaintiff herein recovered judgment against Defendants herein on or around June 25, 2010, Plaintiff obtaining judgment in the amount of $500,000 from Defendant First Nation Insurance Group, plus interest in the amount of 0.30% per annum from the date of entry until paid.   And whereas said judgment, as it is alleged, has not been satisfied, reversed, set aside or become void in any manner, and same now, as it is alleged, remains due and unpaid, DEFENDANT IS HEREBY COMMANDED to appear before the United States District Court, Eastern District of Arkansas, within twenty (20) days from the date of service of this writ upon themselves and show cause, if any, why said judgment should not be revived, and further, why execution thereon in favor of the Plaintiffs herein should not be issued and levied.

WITNESS my hand and seal of said Court this _____ day of June 2020.

                                                                James W. McCormack
                                                                CLERK OF THE COURT


_____                          _____
DATE                                                              Signature of Clerk or Deputy Clerk