

Michael Preston
SECRETARY OF COMMERCE

Alan McClain
COMMISSIONER,
ARKANSAS INSURANCE
DEPARTMENT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 2 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

June 29, 2020

Lawrence W. Jackson
PO Box 746
117 East Military Road
Marion, AR 72364

James W. McCormack, Court Clerk
US District Court
Eastern District of Arkansas
615 South Main Street, Rm 312
Jonesboro, AR 72401

**RE:   Complaint – First Nation Insurance Group**
**Case No. 3:07 CV 00043 LPR (E.D. Ark.)**

Dear Mr. Jackson and Mr. McCormack:

Please find enclosed evidence that the Complaint against First Nation Insurance Group has been served as of today's date.

Please contact me if there are any questions or concerns.

Sincerely,

Brandy Wedsted
Administrative Analyst
Arkansas Insurance Department

## ARKANSAS INSURANCE DEPARTMENT
## 1200 West Third Street
## Little Rock, Arkansas 72201-1904

TO:   **FIRST NATION INSURANCE GROUP**

**Enclosed please find** process Complaint served on me the 25th day of June, 2020.

Old St. Paul Missionary Baptist Church                                           PLAINTIFF

VS.                     Case No. 3:07-cv-00043 JLH

First Nation Insurance Group;                                                    DEFENDANT
AA Risk Management, Inc.;
AA Communications, Inc.;
Gwen Moyo; Craig Greene;
Daniel Esparza; James E. Zoucha;
Cong Li; John Does 1-10; Doe Companies 1-10

Filed in the State of Arkansas, in the US District Court, Eastern District of Arkansas, Jonesboro Division, on the 4th day of June, 2020.

You must file a response therein within thirty (30) days after the date upon which service is perfected. Service shall be perfected at the earliest of: (1) the date the insurer or the registered or the statutory agent receives it in the mail; (2) the date on the return receipt, if signed on behalf of the insurer.

Please acknowledge receipt hereof by return mail.

Yours very truly,

*Alan McClain*

Alan McClain/bw
Insurance Commissioner

Filed and received on the
29th day of June, 2020.
Mailed this 29th day of June, 2020.
CERTIFIED MAIL NO: 7009 1680 0002 2606 6207

To:   Lawrence W. Jackson
      PO Box 746
      117 East Military Road
      Marion, AR 72364

      James W. McCormack, Court Clerk
      US District Court
      Eastern District of Arkansas
      615 South Main Street, Rm 312
      Jonesboro, AR 72401